# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| Avantax Planning Partners, Inc.; and Avantax, Inc.,<br><br>           Plaintiffs,<br><br>vs.<br><br>Michael Carignan; and Mariner, LLC, d/b/a Mariner Wealth Advisors,<br><br>           Defendants. | Court File No.: 24-1002<br><br>**LOCAL RULE 81 STATEMENT** |

Pursuant to Local Rule 81(a), Defendants state:

1.    L.R. 81(a)(1). Copies of all process, pleadings and orders filed in the state case: Submitted contemporaneously herewith as Exhibit A.

2.    L.R. 81(a)(2). A list of all motions pending in the state court which will require resolution by this Court: The only matters that were pending in the Dubuque County District Court that require resolution were the issues raised in the Plaintiffs' Petition, which as of the time of filing this Notice of Removal have not yet been answered.

3.    L.R. 81(a)(3). Counsel who have appeared in the state court, their addresses and telephone numbers, facsimile numbers and e-mail addresses and the party they represent:

        Attorneys for Plaintiffs:    Alenah A. Luthens
                                              Jeremy D. Sosna
                                              Littler Mendelson, P.C.
                                              1300 IDS Center, 80 South 8th St.
                                              Minneapolis, MN 55402-2136
                                              Tel: (612) 630-1000; Fax (612) 630-9626
                                              Email:  aluthens@littler.com
                                              Email: jsosna@littler.com

4.    L.R. 81(a)(4). Inapplicable.

SIMMONS PERRINE MOYER BERGMAN PLC

By: /s/ Kevin J. Visser
Kevin J. Visser AT0008101
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
E-mail: kvisser@spmblaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 11, 2024, I filed the foregoing with the Clerk of Court using the ECF system, which will send notification of said filing to the following:

Alenah A. Luthens
aluthens@littler.com
Jeremy D. Sosna
jsosna@littler.com
Littler Mendelson, P.C.
1300 IDS Center
80 South 8th St.
Minneapolis, MN 55402-2136

        /s/ Kevin J. Visser